IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LUIS A. VELEZ,<br><br>        Defendant. | **4:14CR3095**<br><br>**ORDER** |

IT IS ORDERED that:

1. The proposals to the probation office and motions to the Court set forth in Paragraph 6 of the Court's Order on Sentencing Schedule (filing 26) shall be filed on or before February 6, 2015. The Court's tentative sentencing findings shall be filed on or before February 10, 2015.

2. The defendant's unopposed motion to continue sentencing date (filing 31) is granted.

3. Defendant Luis A. Velez's sentencing is continued to February 13, 2015 at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 30th day of January, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge