IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 FEB 18 AM 11: 40
OFFICE OF THE CLERK
```

LUIS A. VELEZ,
    Petitioner,

v.

Case No. 4:14-CR-3095

UNITED STATES OF AMERICA,
    Respondant.

### PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)
(Retroactive Guideline Amendment 782)

    COMES NOW, Petitioner, Luis A. Velez, pro se, and files this Motion for Modification of Sentence in the United States District Court for the District of Nebraska, pursuant to 18 U.S.C. § 3582(c)(2). Petitioner is a layman of the law, unskilled in the law, and therefore, requests that this Motion for Modification of Sentence be construed liberally. <u>Haines v. Kerner</u>, 404 U.S. 519 (1972).

    Petitioner hereby respectfully requests a modification or reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the Guideline Amendment 782 to the United States Sentencing Guidelines, which made a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014. Petitioner respectfully moves this Honorable Court for an Order modifying and thus reducing his sentence of 156 months imprisonment, pursuant to this Court's jurisdiction authority as set forth and as contained in Title 18 U.S.C. § 3582(c)(2). Petitioner requests this modification or reduction of sentence based upon Amendment 782, an intervening post-sentencing change in the U.S. Sentencing Guidelines, which effectively lowers Petitioner's term of imprisonment.



In support of modifying or reducing his current sentence, Petitioner states the following:

## Statement of the Case

Petitioner was sentenced by this Honorable Court on February 13, 2015 for one count of possession with intent to distribute methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1). Petitioner's total offense level was at 31, his Criminal History Category was at VI, and his Guideline Custody Range was 188 to 235 months. Based on his lower amount of role in the underlying drug enterprise, the coercive atmoshere he was living under, the threats of violence against him, his diminished mental capacity, his health infirmities, and his age, this Court gave Petitioner a downward variance and sentenced him to 156 months in prison, followed by a 5 year term of Supervised Release. (See Sentencing Transcripts).

Any detailed or extended statement of the facts in this case would be improper and unavailing. Petitioner's instant motion for sentence reduction is, as a matter of law, a continuation of the criminal case and is not a civil post-conviction relief pleading. Therefore, Petitioner herein does not seek to introduce new evidence or to argue or litigate the facts of this case. To the contrary, Petitioner's instant Motion, pursuant to Title 18 U.S.C. § 3582(c)(2), seeks a reduction of his term of imprisonment as a result of an intervening, post-sentencing change of the United States Sentencing Guidelines. However, the current advisory Guidelines apply.

It is also important to bring to this Honorable Court's attention that Petitioner has accepted responsability for his actions and has not, in any way, filed an appeal or a post-conviction relief pleading to challenge his conviction. This is the first motion he has filed since he was sentenced in 2015. Petitioner is currently a 57 year old inmate who is serving his 156 month sentence at the Federal Correctional Complex-Coleman Medium in Coleman, Florida. His projected release date is December 22, 2024.

## Amendment 782 to the Guidelines

The United States Sentencing Commission sent to Congress proposed changes to the Guidelines, which included Amendment 782. This amendment's goal was to improve the unjustifiable disparities between drug convictions.

Congress adopted Amendment 782 to the Guidelines. Clearly the Sentencing Commission and Congress recognized the policy priority to correct the disparities surrounding drug sentences. Amendment 782 specifically lowered the U.S.S.G. § 2D1.1 drug quantity guideline range. See Hughes v. United States, 138 S.Ct. 1765, 201 L.Ed.2d 72 (2018).

Petitioner respectfully submits that this Honorable Court so too will accord the same or similar priority status in ruling on this instant Motion for a reduction in sentence. Amendment 782 to the Guidelines directly reduces Petitioner's Offense Level by two (2) levels.

## Title 18 U.S.C. § 3582(c)(2)

Title 18 U.S.C. § 3582(c)(2) permits this Honorable Court to reduce Petitioner's sentence. Amendment 782 has retroactively amended Petitioner's sentencing range and offense level. Title 18 U.S.C. § 994(o) and § 994(u), Amendment 782, is not mandatory and must be applied in an advisory manner. Petitioner would also state that U.S.S.G. § 1B1.10(c) allows him retroactivity, based on the U.S. Sentencing Commission's and Congress's passage of Amendment 782.

If this Honorable Court adopts Amendment 782, Petitioner's Offense Level would be reduced by two (2) levels. Instead of being at Offense Level 31, Petitioner's offense level would drop down to Offense Level 29, with a Guideline Range of 151 to 188 months. Because Petitioner received a downward variance on his original sentence, an equivelent sentence would now be about 125 months of imprisonment. (see 2015 Historical Sentencing Guidelines, Exhibit "A"). If this Honorable Court accepts Petitioner's calculation,

the modification would only reduce Petitioner's sentence by 31 months. This reduction would still accomplish all the statutory goals of sentencing, which include promoting respect for the law and providing just punishment for this particular crime. It was the direct will of the Sentencing Commission and Congress to improve the unjustifiable disparities between drug convictions by lowering the offense level for offenders, such as Petitioner.

### § 3553(a) Factors

Under Title 18 U.S.C. § 3553(a), there are several factors that Petitioner would like to bring to this Honorable Court's attention. When Petitioner was sentenced, the Court stated that Petitioner's "involvement in this crime...certainly does not rise to the level of many other drug dealers that I see in this court, and [Petitioner's] involvement...is not qualitatively the same as I often see in drug cases of this anture." (Sentencing Transcripts). This Honorable Court also took into account Petitioner's "overall physical and mental capacity and health" when he was sentenced. (Id.). Petitioner suffers from a significantly reduced mental capacity that is "fairly well-documented by the Social Security Administration" and Petitioner's "treating mental health professionals." (Id.). It is also important to note that, even though Petitioner may have a substantial criminal record, the prior crimes were mostly petty crimes that he "rarely served more than four to seix months for." (Id.). Petitioner's reduced mental capacity also contributed substantially to the commission of this crime, as well as his prior crimes. (See Id.).

In addition, Petitioner states that he has been persistently striving to better himself positively and progressively while he has been incarcerated, even though his sentence was "likely going to end up being a life sentence." (Id.). According to Title 18 U.S.C. § 3553(a)(2)(D) and <u>United States v. Pepper</u>, Supreme Court Cite 88 Crl 681 (2011), this Honorable Court has the discretion to reduce Petitioner's sentence

-4-

for rehabilitation progress. Petitioner ahs been employed his entire sentence and he has been making vocational progress while he has been incarcerated. He has also participated in many programs, including several for drug treatment, personal growth, and life planning. Petitioner is determined to be a more productive individual upon his re-entry back into society. (See Rehabilitation Progress Report, Exhibit "B"). Besides making substantial progress in his rehabilitation efforts, Petitioner's custody classification level has been lowered and he does not present any problems to Federal Bureau of Prisons staff members or fellow inmates.

## Conclusion

WHEREFORE, Petitioner hopes and prays that this Honorable Court will reduce his Offense Level by two (2) levels, because of Amendment 782, his rehabilitation progress, and the above stated reasons. Petitioner lastly requests this Honorable Court to appoint the Federal Public Defender's Office to assist him in this § 3582(c)(2) proceeding if this Court deems assistance is warranted.

Respectfully Submitted,

2-11-20
Date

Luis A. Velez
Reg. #26708-047, Unit C-3
Federal Correctional Complex-
Coleman Medium
P.O. Box 1032
Coleman, Florida 33521-1032

## CERTIFICATE OF SERVICE

I, Luis A. Velez, HEREBY CERTIFY that a true and correct copy of the foregoing, Pro Se Motion for Modification of Sentence, has been furnished, via the United States Postal Service, this __2__ day of ___15___, 2020, to:

Clerk of the Court
U.S. District Courthouse
111 South 18th Plaza
Omaha, Nebraska 68102

"and"

U.S. Attorney
U.S. Attorney's Office
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, Nebraska 68508-3865

Respectfully Submitted,

2-11-20
Date

Luis A. Velez
Reg. #26708-047, Unit C-3
Federal Correctional Complex-
Coleman Medium
P.O. Box 1032
Coleman, Florida 33521-1032

| Offense Level | Criminal History Category (Criminal History Points) | | | | | |
|---|---|---|---|---|---|---|
| | I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
| 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| 6 | 0-6 | 1-7 | 2-8 | 6-12 | 9-15 | 12-18 |
| 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 -2 |
| 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |

```
                   *     MALE CUSTODY CLASSIFICATION FORM     *     12-11-2019
PAGE 001 OF 001                                                     12:55:14
                              (A) IDENTIFYING DATA
REG NO..: 26708-047              FORM DATE: 07-24-2019        ORG: COM
NAME....: VELEZ, LUIS A
                                 MGTV: NONE
PUB SFTY: NONE                   MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
MOS REL.: 70                     CRIM HIST SCORE: (10) 19 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (4) 10-15 YRS SERIOUS
VOL SURR: (0) N/A                AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (1) ENRLD + SAT IN GED DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE    TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (1) 2-5        FAMILY/COMMUN..: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +19  +11    +3        +22       MEDIUM       N/A            IN    INCREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
▓▓▓▓▓          *           INMATE EDUCATION DATA        *      02-06-2020
PAGE 001 OF 001 *                TRANSCRIPT             *        14:41:49

REGISTER NO: 26708-047    NAME..: VELEZ                       FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: COM-COLEMAN MED FCI

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
COM  ESL HAS    ENGLISH PROFICIENT          07-27-2015 1021 CURRENT
COM  GED EN     ENROLL GED NON-PROMOTABLE   07-27-2015 1021 CURRENT

-------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
COP        VT ROOM 2 GED 12:30-3:00PM M-F 02-24-2016  06-14-2017  P   W  I  130
COP        PERSONAL GROWTH                11-23-2015  12-25-2015  P   C  P   10
COP        CHANGE PLAN                    06-09-2015  08-11-2015  P   C  P   10

--------------------------- HIGH TEST SCORES -----------------------------
TEST       SUBTEST     SCORE    TEST DATE      TEST FACL   FORM    STATE
TABE M     MATH APPL    6.0     01-10-2016     COP         M9
           MATH COMP    6.5     01-10-2016     COP         M9
           READING      8.0     01-10-2016     COP         M9




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



# Certificate of Achievement

This certifies that

## *LUIS VELEZ*

has satisfactorily completed

*CHANGE PLAN*

Consisting of __10__ Hours of Training

This certificate is hereby issued this __11th__ day of __AUGUST__, 20 15

_____
Counselor Alicea

_____
Unit Manager Padgett

Luis A. Velez
Reg. #26708-047, Unit C-3
Federal Correctional Complex-
Coleman Medium
P.O. Box 1032
Coleman, Florida 33521-1032

RECEIVED

FEB 1 8 2020

CLERK
U.S. DISTRICT COURT

Clerk of the Court
U.S. District Courthouse
111 South 18th Plaza
Omaha, Nebraska 68102

