IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3095 |
| vs. | |
| | ORDER |
| LUIS A. VELEZ, | |
| Defendant. | |

This matter is before the Court on the defendant's pro se motion (filing 50) for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and U.S.S.G. § app. C, amend. 782. The defendant's motion will be denied because he has already received the benefit of Amendment 782.

Amendment 782 became effective on November 1, 2014. The defendant was sentenced on February 13, 2015, pursuant to the 2014 Guidelines Manual, incorporating amendments effective November 1, 2014. Filing 43; filing 45 at 10. Having already received the benefit of Amendment 782, he is entitled to no further decrease.

IT IS ORDERED:

1.  The defendant's pro se motion for a sentence reduction (filing 50) is denied.

2.  The Clerk of the Court shall provide notice of this order to the defendant at his last known address.

Dated this 18th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge